# JOSEPH CAMPAU
v.
## RENÉ AND GAGETTANT MARSAC

1807

### JOURNAL ENTRIES

1. Certiorari and bond ordered . . . . . . *Journal, infra,* \*p. 55
2. Jurors; verdict; judgment . . . . . . . . . . " 85

3. Satisfaction acknowledged . . . . . . *Journal, infra,* \*p. 88
4. Juror ordered attached to show cause . . . . . . " 89
5. Witness fees ordered paid . . . . . . . . . " 101

### Papers in S. C. File

1. Writ of certiorari . . . . . . . . . . . . *Printed in Vol. 2*
2. Copy of district court record . . . . . . . . . . .
3. Subpoena for Louis Barrett, Pierre Chovin, Barnabé
   Campau and François Marsac . . . . . . . . . .
4. Letter (in French) to Joseph Campau . . . . . . .
5. Promissory note (in French) . . . . . . . . . .
6. Receipt (in French) . . . . . . . . . . . .

### Papers in D. C. File

1. Subpoena for Louis Barrett, Pierre Chovin, Barnabé
   Campau and François Marsac . . . . . . . . . .
2. Subpoena for Robert McNiff . . . . . . . . . .
3. Subpoena for Robert McNiff . . . . . . . . . .
4. Subpoena for Archer Lyons, Toussaint Campau and
   Lionais St. Germain . . . . . . . . . . . .